UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GFE NY, LLC, | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | CASE NOS. |
| | ) | 7:23-cv-00896-D |
| J AND M SUPPLY OF THE | ) | 7:23-cv-01079-FL |
| CAROLINAS, LLC | ) | |
|     Appellee. | ) | |

## ORDER GRANTING PARTIES' JOINT MOTION TO CONSOLIDATE APPEALS

Upon good cause shown the joint Motion to Consolidate Appeals in cases 7:23-cv-01079-FL and 7:23-cv-00896-D is GRANTED. Hereinafter, all proceedings in the above-referenced cases will be heard before Judge _Dever_ under Case No. 7:23-cv-_896-D_. The current briefing schedules are stayed, and an order regarding a consolidated briefing schedule will be entered shortly.

SO ORDERED. This the _14_ day of July, 2023.

_____
JAMES C. DEVER III
United States District Judge